UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| CHARLES CARR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.: 2:24-CV-5-TAV-CRW |
| | ) |
| WJHL CHANNEL 11 NEWS, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This civil matter is before the Court on a Report and Recommendation ("R&R") entered by United States Magistrate Judge Cynthia R. Wyrick on March 4, 2024 [Doc. 7]. In the R&R, the magistrate judge recommends that the Court deny plaintiff's motion to proceed *in forma pauperis* [Doc. 2] and dismiss plaintiff's complaint [Doc. 1]. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(d), 72(b).

After careful review of the matter, the Court agrees with the magistrate judge's recommendations. Accordingly, the Court **ACCEPTS and ADOPTS** in full the R&R [Doc. 7] pursuant to 28 U.S.C. § 636(b)(1). Accordingly, it is hereby **ORDERED** that plaintiff's case is **DISMISSED**. The Clerk is **DIRECTED** to **CLOSE** this case.

ENTER:

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE